JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEIRON ELIAS,

                    Plaintiff,

          v.

RC JOHNSON, et al.,

                    Defendants.

Case No. 2:20-cv-07171-MWF-JC

JUDGMENT

        In accordance with the Memorandum Opinion and Order Dismissing Action,
IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge